68 A.3d 329

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee**

v.

**PPL GENERATION, LLC, and PPL Martins Creek, LLC, Appellees.**

**Delaware Riverside Conservancy, Inc., Thomas and Nancy Shappell, and William Vogt, Intervenors–Appellants.**

Supreme Court of Pennsylvania.

June 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is **AFFIRMED.**